# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Stark, Leonard P. | 2. Court or Organization<br><br>Delaware -- District Court | 3. Date of Report<br><br>05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>844 King Street<br>Lockbox 26<br>Wilmington, DE 19801 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed: garden designer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Continuing Legal Education in Colorado, Inc. | 1/4/19 - 1/7/19 | Snowmass, CO | Participate in National CLE Conference (patent) | Transportation, hotel, food |
| 2. | Association of Corporate Patent Counsel | 1/26/19 - 1/29/19 | Naples, FL | Participate in CLE panel on patent litigation | Transportation, hotel, food (self and family) |
| 3. | Institute for Intellectual Property and Social Justice, Inc. | 3/1/19 | Washington, DC | Participate in CLE panel on patent litigation | Transportation, food |
| 4. | New York Intellectual Property Law Association | 3/22/19 - 3/23/19 | New York, NY | Attend Dinner in Honor of Federal Judiciary | Transportation, hotel, food (self and spouse) |

5. University of California
   (Berkeley Judicial Institute/
   California Law Review)

4/11/19 - 4/13/19

Berkeley, CA

Participate on panel and
discussions regarding
federal judiciary

Transportation, hotel, food

| Name of Person Reporting | Date of Report |
|---|---|
| **Stark, Leonard P.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stark, Leonard P. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Wilmington Savings Fund Society Accounts | A | Interest | L | T | | | | | |
| 2.   T Rowe Price Growth Stock Trust | A | Dividend | L | T | | | | | |
| 3.   Vanguard Institutional Index Institutional Plus | A | Dividend | K | T | | | | | |
| 4.   Vanguard US Growth Fund Investors | A | Dividend | J | T | | | | | |
| 5.   Fidelity Investments DE Portfolio 2024 (Index) | | None | L | T | | | | | |
| 6.   Fiidelity Investments Asset Manager 70% | A | Dividend | K | T | | | | | |
| 7.   Fidelity Investments Asset Manager 50% | B | Dividend | K | T | | | | | |
| 8.   Delaware College Portfolio (Fidelity Funds) | | None | N | T | Sold (part) | 12/31/19 | K | D | |
| 9.   TD Bank, N.A. Accounts | A | Interest | J | T | | | | | |
| 10.  Fidelity 500 Index Investor Class | A | Dividend | J | T | | | | | |
| 11.  Fidelity Investments Fidelity Freedom 2030 | A | Dividend | K | T | | | | | |
| 12.  Fidelity Investments Government Cash Reserves | A | Interest | J | T | | | | | |
| 13.  Capital One 360 online savings account | A | Interest | J | T | | | | | |
| 14.  Citadel Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 15.  TD Canada Trust Accounts | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stark, Leonard P.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV: Additional Reimbursements

New York University, 5/15/19 New York, NY -- Meeting of Engelberg Center Advisory Board -- Transportation, food

American Intellectual Property Law Association, 5/15/19 Philadelphia, PA -- Participate in CLE panel on patent litigation -- Transportation

Federal Circuit Bar Association, 6/12/19 - 6/15/19 Colorado Springs, CO -- Participate in CLE panel on patent litigation -- Transportation, hotel, food

Eastern District of Texas Bar Association, 9/23/19 - 9/25/19 Plano, TX -- Participate in CLE panel on patent litigation -- Transportation, hotel, food

Federal Circuit Bar Association, 10/1/19 Washington, DC -- Participate in CLE panel on patent litigation -- Transportation, food

Federal Circuit Bar Association, 10/11/19 - 10/14/19 Honolulu, HI -- Participate in CLE panel on patent litigation -- Transportation, hotel, food

Government of Canada, 11/13/19 - 11/15/19 Toronto, ON (Canada) -- Designated as official judiciary spokesperson to speak to members of Canadian Federal Court and members of Canadian intellectual property bar; attended University of Toronto's Patent Colloquium -- Transportation, hotel, food

University of California, 12/12/19 - 12/14/19 Palo Alto, CA -- Participate in CLE panel on patent litigation -- Transportation, hotel, food

In addition to the above, I traveled to Seoul, South Korea (10/15/19 - 10/19/19) to participate in the 2019 International IP Court Conference sponsored by the Korean Patent Court. I participated in several panel discussions on patent and trademark litigation and delivered a keynote address. Although I did not receive a reimbursement, and I was designated an official judiciary spokesperson, the Korean Patent Court paid certain transportation, hotel, and food expenses. They also provided me with a day of tourism.

Part VII: Investments and Trusts

Line 4: Vanguard U.S. Growth Fund Investors was formerly known as the Vanguard Morgan Growth Fund. The name was changed on April 5, 2019.

Line 8: Delaware College Portfolio 2018 (Fidelity Funds), formerly reported on Line 9, rolled down into Delaware College Portfolio (Fidelity Funds) on December 6, 2019. These amounts are now included on Line 8.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leonard P. Stark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544